MDI

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 JUL 23 P 12: 57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ELZIE STEPHEN ROGERS JR.
_____
Full name and prison name of
Plaintiff(s)

v.

Captain Kenneth Drake
Officer D. Lewis
Officer Holland
Lieutenant Elizabeth Laseter
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:18-cv-680-MNT
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff(s) _____N/A_____

     Defendant(s) _____N/A_____

  2. Court (if federal court, name the district; if state court, name the county)

     _____N/A_____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bibb County Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Ventress Corr. Fac.; Bullock Corr. Fac.; Easterling Corr. Fac.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Captain Kenneth Drake | |
| 2. Officer D. Lewis | |
| 3. Officer Holland | |
| 4. Lieutenant Elizabeth Laseter | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __July 18, 2016; July 26, 2016; August 8, 2016__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Disciplinary Confinement Without a prior hearing in Violation of Hughes v. Rowe, 449 U.S. 5 (1980)__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On July 18, 2016 Captain Kenneth Drake placed inmate Elzie Rodgers into disciplinary segregation at Ventress Corr. Fac. in Clayton, Alabama for the offense of Unauthorized possession of a weapon or device that could be used as a weapon without a prior hearing.

GROUND TWO: Failure to protect in violation of the Eighth and Fourteenth Amendments (U.S. Const.) and intentional endangerment against A.D.O.C. policy.

SUPPORTING FACTS: On July 26, 2016 Officers D. Lewis and Holland saw inmate Elzie Rodgers involved in a verbal altercation with inmate Terrence Holden that was threatening Rodgers with physical violence. Both Officers abandoned their post to deliberately allow Rodgers to be assaulted by Holden.

GROUND THREE: Denial of Due Process in violation of Wolff v McDonnell, 418 U.S. 539 (1974) and A.D.O.C. Administrative Regulation 403 and 14th Amend.

SUPPORTING FACTS: On August 8, 2016 Lieutenant Elizabeth Lasseter held a disciplinary hearing in which she failed to call, swear in, and question Rodgers's 3 witnesses in Rodgers's presence as required by A.D.O.C. Admin. Reg. 403. She later found Rodgers not guilty because "inmate Rodgers procedural rights were violated because he wasn't present when the witnesses were questioned".

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A Declaratory Judgment stating Rodgers's civil rights have been violated; an injunction prohibiting retaliation and future violations of the same type; compensatory and punitive damages in an amount to be stated in future amendment to complaint

Elgie S. Rodgers
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15th, 2018
(Date)

Elgie S. Rodgers
Signature of plaintiff(s)

Elzie S. Rodgers, Jr.
AIS #244536  F1-46B
Bibb County Corr. Fac.
565 Bibb Ln.
Brent, AL 35034

(Legal Mail)

"This correspondence is forwarded from an Alabama state prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
for the Middle District of Alabama
One Church St.
Montgomery, AL 36104

3610434018 CO3S