IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELZIE STEPHEN RODGERS, JR., #244536, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CASE NO. 2:18-CV-680-WKW [WO] |
| LT. DOMINIC S. WHITLEY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's Motion for Additional Extension of Time (Doc. # 69), seeking an extension of time to respond to the Magistrate Judge's recommendations. It is ORDERED that the motion is GRANTED. Plaintiff may respond on or before **January 5, 2022**.

Plaintiff is cautioned that this is the final extension. Failure to file an objection to the Magistrate Judge's recommendation will result in dismissal.

DONE this 13th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE